| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>BULLOCK, FRANK W | 2. Court or Organization<br>U.S.D.C. - North Carolina Midd | 3. Date of Report<br>5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>United States District Court<br>Post Office Box 3223<br>Greensboro, NC 27402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED MAY 19 12 52 PM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|----------|-------------|------------|
| 1. | Wachovia Bank & Trust Co. | Line of Credit | J |
| 2. | New England Life Ins. Co. | Policy Loan | J |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 3

Name of Person Reporting

BULLOCK, FRANK W

Date of Report

5/14/2004

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Merrill Lynch CMA - transfer to UBS Money Fund | A | Dividend | | T | transfer | 12-24 | J | | |
| 2. Tigr Ser 18 Feb 15 OID | B | Interest | K | T | | | | | |
| 3. Tigr Ser 21 OID | B | Interest | K | T | | | | | |
| 4. New England Tax Ex. Tr. (now CDC Invest) Mun. Inc. FD | A | Dividend | J | T | | | | | |
| 5. New England Growth Fund (now CDC Invest) Targeted FD | B | Dividend | K | T | | | | | |
| 6. Truliant Credit Union | A | Interest | J | T | | | | | |
| 7. BB&T | A | Dividend | J | T | | | | | |
| 8. Dow Chemical | A | Dividend | | | sell | 6-20 | J | A | |
| 9. Cumberland County Hospital Bonds FAC | B | Interest | K | T | | | | | |
| 10. Undeveloped land Granville County, North Carolina | | None | K | W | | | | | |
| 11. Praxair, Inc. Common Stock | A | Dividend | J | T | buy | 4-8 | J | | |
| 12. Praxair, Inc. Common Stock | A | Dividend | | | sell | 7-18 | J | D | |
| 13. General Electric Common Stock | C | Dividend | M | T | partial sell | 4-8 | J | A | |
| 14. General Electric Common Stock | C | Dividend | M | T | partial sell | 6-20 | L | D | |
| 15. New England Balanced Fund (now CDC Invest) | A | Dividend | J | T | | | | | |
| 16. Wachovia Bank Common Stock | A | Dividend | J | T | buy | 4-8 | J | | |
| 17. Global Allocation Fund (M-L IRA) | A | Dividend | J | T | | | | | |
| 18. Basic Value Fund (M-L IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell. merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Jefferson-Pilot (M-L IRA) Common Stock | A | Dividend | K | T | | | | | |
| 20. New Perspective Fund | A | Dividend | | | sell | 7-18 | J | | |
| 21. Federal Home Loan Bank Bonds | A | Interest | | | sell | 9-15 | J | | |
| 22. Investment Co. America | A | Dividend | | | sell | 7-18 | K | | |
| 23. Growth Fund America | A | Dividend | | | sell | 7-18 | J | | |
| 24. Washington Mutual Investment Fund | A | Dividend | | | sell | 7-18 | J | | |
| 25. Federated Government Income Fund | A | Dividend | | | sell | 3-21 | K | | |
| 26. Paine Webber Cash Fund (now UBS) | A | Dividend | J | T | transfer | 12-24 | J | | |
| 27. Evergreen Equity Trust | A | Dividend | | | sell | 7-7 | J | | |
| 28. Fortune Brands (X) | A | Dividend | | | sell | 5-9 | J | | |
| 29. Fortune Brands (X) | A | Dividend | | | sell | 5-16 | J | | |
| 30. General Motors (X) | A | Dividend | | | buy | 4-8 | J | - | |
| 31. General Motors (X) | A | Dividend | | | buy | 4-17 | J | | |
| 32. General Motors (X) | A | Dividend | | | sell | 9-19 | J | A | |
| 33. Progress Energy (X) | A | Dividend | J | T | buy | 4-8 | J | | |
| 34. Tenneco Automotive (X) | A | Dividend | | | sell | 4-8 | J | A | |
| 35. Practive Corp (X) | A | Dividend | K | T | buy | 4-8 | K | | |
| 36. Chevron/Texaco (X) | A | Dividend | | | sell | 4-8 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Capital One Financial | A | Dividend | K | T | buy | 7-1 | J | | |
| 38. Citigroup, Inc. | A | Dividend | K | T | buy | 7-1 | K | | |
| 39. J.P. Morgan Chase | A | Dividend | J | T | buy | 6-10 | J | | |
| 40. Linear Technology | A | Dividend | K | T | buy | 7-1 | K | | |
| 41. Lowes Companies | A | Dividend | K | T | buy | 7-1 | K | | |
| 42. Microsoft | A | Dividend | J | T | buy | 7-15 | J | | |
| 43. Morgan Stanley | A | Dividend | K | T | buy | 8-14 | K | | |
| 44. Sanmina - Sci Corp. | | None | J | T | buy | 12-18 | J | | |
| 45. Nextel Communications | | None | | | buy | 7-15 | J | | |
| 46. Nextel Communications | | None | | | sell | 11-21 | J | B | |
| 47. Van Kampen Gov't Securities Fund (X) | | Royalty | | | inherit | 3-25 | J | | |
| 48. Van Kampen Gov't Securities Fund (X) | | Royalty | | | sell | 4-8 | J | - | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature    Date   5 - 14 - 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544